In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of RAFFAEL DI NAPLES, an Attorney and Counselor at Law.— Respondent suspended from the practice of the law for a period of one year.   Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of AARON KAHAN, an Attorney and Counselor at Law.— Report of official referee confirmed and respondent suspended from the practice of the law for a period of three months.   Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

JOHN McCLOSKEY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate Division granted.  Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

ROBERT V. McELROY, Respondent, v. THE CONSOLIDATED MOTOR LINE CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs.   Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

ANDREA POLO, Appellant, v. INTERNATIONAL TRUST COMPANY, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs.   Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

MARY O. ADAMS, Respondent, v. CARPENTER STORAGE, INC., Appellant.— Judgment and order of the City Court of White Plains unanimously affirmed, with costs.   No opinion.   Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.